UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-107 (JWB/SGE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DETENTION |
| | ) | |
| JOSEPH ANDREW BRAGG, | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

This matter came before the Court on May 28, 2026, for an initial appearance.  The defendant appeared in custody and was represented by Matthew Deates, Esq.  The United States was represented by Assistant United States Attorney Albania Concepcion and Special Assistant United States Attorney Grayson Feist.  The United States moved for detention.  The defendant was advised of his constitutional rights, the nature of the alleged violations, and permitted to consult with his counsel.  *See* Fed. R. Crim. P. 5(c), (d).  At the initial appearance, the defendant knowingly and voluntarily waived his right to a detention hearing based on the existence of a state hold, but reserved the right to a detention hearing should circumstances change.

As to detention pending trial, in light of the fact that the defendant waived his right to a detention hearing, but reserved his right should circumstances change, the Court concludes  by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the defendant's future appearance in Court.  *See* 18 U.S.C. § 3142(e)(1).  The Court also concludes by clear and convincing evidence that no

condition or combination of conditions will reasonably assure the safety of the defendant and the community should the defendant be released pending trial at this time. *Id*. Accordingly, the defendant shall be detained until a hearing on a to-be-determined date is set with this Court.

For the foregoing reasons, **IT IS ORDERED** that:

1. The defendant shall be detained until a future hearing in the United States District Court for the District of Minnesota, on a to-be-determined date;

2. The defendant is committed to the custody of the Attorney General;

3. The defendant shall be afforded reasonable opportunity to consult privately with counsel; and

4. Upon Order of the Court, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of appearance in connection with further court proceedings.

Dated: May 28, 2026

*s/Elsa M. Bullard*
THE HON. ELSA M. BULLARD
UNITED STATES MAGISTRATE JUDGE